**Dismissed and Memorandum Opinion filed October 19, 2021.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-17-00759-CV**
_____

**JOHN HUYNH, Appellant**

**V.**

**DAVID A. FETTNER, COURT APPOINTED RECEIVER, Appellee**

**On Appeal from the 55th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-28276**

## MEMORANDUM OPINION

This is an appeal from a judgment signed July 3, 2017. On October 23, 2018, this court abated the appeal because appellant's brother, Phung Huynh, is in bankruptcy. *See* Tex. R. App. P. 8.2. According to the notice received by this court, on December 20, 2017, Phung Huynh petitioned for voluntary bankruptcy protection in the United States Bankruptcy Court for the Southern District of Texas under case number 17-36801. It is alleged the assets made the basis of this appeal were subject to the bankruptcy proceeding.

Through the Public Access to Court Electronic Records (PACER) system, the court has learned that the bankruptcy case was closed on September 24, 2020. The parties failed to advise this court of the bankruptcy court action.

On September 14, 2021, this court issued an order stating that unless any party to the appeal filed a motion demonstrating good cause to retain the appeal within twenty days of the date of the order, this appeal would be dismissed for want of prosecution. *See* Tex. R. App. P. 42.3(b). No response was filed.

Accordingly, we reinstate the appeal and order it dismissed.


PER CURIAM


Panel consists of Justices Wise, Bourliot, and Zimmerer.